UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-CR-00364-CJN |
| | : | |
| **NILES BARES,** | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

**A.     ELEMENTS OF OFFENSE**

The parties in this case, the United States of America and the defendant **NILES BARES** ("defendant"), stipulate and agree that the following constitute the elements of the offenses to which he is pleading guilty to.

Count 3.   Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of 18 U.S.C. § 111(a)(1).

   1. The defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and or interfered with H.P., an Associate Judge of the Superior Court of the District of Columbia.

   2. The assault was done voluntarily and intentionally.

   3. At the time of the assault, H.P. an Associate Judge of the Superior Court of the District of Columbia was engaged in the performance of their official duties.

**B.     PENALTIES**

Count 3.   A conviction for a violation of 18 U.S.C. § 111(a)(1) carries a maximum sentence of 1 year of imprisonment; a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18 or $100,000 a term of supervised release of not more than 1 year, and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

C.  **FACTS**

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty. The United States and the defendant agree and stipulate as follows:

1. On March 8, 2023, Defendant Niles Barnes appeared before D.C. Superior Court Associate Judge H.P. for a bench warrant return in Case No. 2021 CF2 003044 for alleged probation violations. During the hearing, Judge H.P. ordered defendant Barnes to be held in confinement pending the determination of his probation violations. As a result, Defendant Barnes became angry and disrupted the Court proceeding by yelling. Defendant Barnes swore at the Judge and threatened to spit in the Judge's face. As Defendant Barnes was being led out of the courtroom, he spat at Judge H.P. and to court personnel. At this point, Defendant Barnes was removed from the courtroom by a Deputy U.S. Marshall. During the process of being returned to the cell block, Defendant Barnes spit in the face of Deputy U.S. Marshall D.G. At the same time, Defendant Barnes was continuing to make threats against the Judge, including a wish that she gets hit by a bus.

2. On March 30, 2023, Defendant Barnes re-appeared before D.C. Superior Court Associate Judge H.P. in the same case located in the District of Columbia. During the hearing, Defendant Barnes became angry and started again interrupting the court proceedings. Judge H.P. then dismissed Barnes from the courtroom. As a Deputy U.S. Marshall was escorting Defendant Barnes out of the courtroom, Barnes assaulted Judge H.P. by spitting towards her. Mr. Barnes's assault was voluntary and intentional.

3. On March 30, 2023, during the time Judge H.P was assaulted, H.P. was assigned as an Associate Judge of the Superior Court of the District of Columbia and was engaged in the performance of their official duties and was an officer and employee of the United States or of any agency in any branch of the United States Government.

\* \* \*

                                                  Respectfully Submitted,

By:   */s/ Alexander R. Schneider*
        Alexander R. Schneider
        Special Assistant United States Attorney
        601 D Street, N.W.
        Washington, DC 20579
        (202) 252-7124
        alexander.schneider@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Sonia Fleury, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 2/24/24

*Niles Barnes*
Niles Barnes
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer and have reviewed fully it with my client Niles Barnes. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 2/20/24

*Sonia Fleury*
Sonia Fleury
Attorney for Defendant