AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 4:15
RECEIVED AUG 30 '24

FID
9693996

United States of America
v.
**Niles Barnes**

)
)
)   Case No.   CR 23-364 (CJN)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Niles Barnes                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☑ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Pretrial Violation Report dated 8/1/2024


Date:   08/30/2024                                                       Courtney Moore   Digitally signed by Courtney Moore
                                                                                                           Date: 2024.08.30 15:27:00 -04'00'
                                                                                              *Issuing officer's signature*

City and state:   Washington, D. C.                                     Courtney Moore   Courtroom Deputy
                                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/30/2024, and the person was arrested on *(date)* 9/30/2024 at *(city and state)* Hyattsville, MD. |
| Date: 9/30/2024 |
| *Arresting officer's signature* |
| CEstrada, DUSM |
| *Printed name and title* |